# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 11, 2021

Lyle W. Cayce
Clerk

No. 20-50707
Summary Calendar

WESLEY PERKINS, NON-FIDUCIARY ARRESTEE AND POLITICAL "TARGET",

*Plaintiff—Appellant*,

*versus*

JUDGE JOHN MISCHTIAN, COUNTY COURT AT LAW 2, BELL COUNTY, TEXAS, OFFICIAL AND INDIVIDUALLY; BELL COUNTY, TEXAS,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-296

Before DAVIS, STEWART, and DENNIS, *Circuit Judges*.

PER CURIAM:*

Proceeding pro se, Wesley Perkins filed a civil complaint in the United States District Court for the Western District of Texas. After Perkins failed

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-50707

to serve the defendants within 90 days or to timely respond to the district court's order to show cause, the court dismissed the case for lack of proper service pursuant to Federal Rule of Civil Procedure 4(m). The court then denied Perkin's Rule 60(b) motion for relief from judgment, and Perkins timely appealed.

On appeal, Perkins raises no arguments as to why his claim should not have been dismissed for lack of proper service. Instead, Perkins contends that the district court judge should have been disqualified for reasons that are unclear, including because the court referred the matter to arbitration without Perkins's consent. The court did not refer the case to arbitration. Finding Perkins's arguments meritless, we AFFIRM.